```
                                FILED
                    CLERK, U.S. DISTRICT COURT

                          Jul 29, 2016

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY:      PMC      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMRES FINANCIAL, LLC; PHILIP CROUCH, Manager, BEST WESTERN; AND DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No. 5:16-cv-00965-SVW-KK<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE<br><br>Dist. Judge: Hon. Stephen V. Wilson<br>Courtroom: 6, 2nd Fl. (Spring Street)<br><br>Complaint Filed: May 12, 2016<br>Trial Date: None<br>Mag. Judge: Hon. Kenly Kiya Kato<br>Courtroom: 3 / 4, 3rd Fl. (Riverside) |

    The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice. Each party is to bear his or its own fees and costs.

    **IT IS SO ORDERED.**

Dated   July 29, 2016                   /s/ Stephen V. Wilson

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28